■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER FLORES, Appellant.— Judgment appealed from unanimously modified on the law to reverse the conviction of the defendant for the crime of burglary in the first degree, direct a new trial therefor if the People so determine, and is otherwise affirmed. The charge in reference to the burglary count as contained in the indictment was erroneous. In fact the jury was instructed as to a burglary not specified in the indictment. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.